# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GHEEWALA, DIPAK C | ) | |
| GHEEWALA, ANITA D | ) | CASE NO. 05-54911 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex, 57 N. Ottawa St., Courtroom 201, Joliet, IL

   on: **October 31, 2008**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $      30,301.32

   b. Disbursements                             $           20.50

   c. Net Cash Available for Distribution       $      30,280.82

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 3,780.13 | $ 226.97 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $147,936.58, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 1,391.75 | $ 273.02 |
| 2 | Discover Bank Discover Financial Services | $ 5,214.89 | $ 1,023.02 |
| 3 | MBNA America (Delaware) NA | $ 9,464.32 | $ 1,856.64 |
| 4 | Chase Bank USA, N.A. | $ 215.86 | $ 42.35 |
| 5 | LVNV Funding LLC., its successors and assigns, as | $ 12,951.73 | $ 2,540.77 |
| 6 | LVNV Funding LLC., its successors and assigns, as | $ 16,469.22 | $ 3,230.81 |
| 7 | American Express Centurion Bank | $ 5,634.24 | $ 1,105.28 |
| 8 | American Express Centurion Bank | $ 5,339.82 | $ 1,047.53 |
| 9 | Kamal Dutt | $ 30,000.00 | $ 5,885.17 |
| 10 | Citibank (South Dakota) N.A | $ 5,648.87 | $ 1,108.15 |
| 11 | Citibank (USA) NA | $ 4,490.58 | $ 880.93 |
| 12 | MBNA America Bank NA | $ 37,110.47 | $ 7,280.05 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Bank Account
    c. Household Goods
    d. Wearing apparel
    e. Jewelry
    f. IRA
    g. Roth IRA (1)
    h. 401K Plan
    i. Roth IRA (2)
    j. 2005 Chrysler Town & Country

Dated: __October 2, 2008__       For the Court,

By: __KENNETH S. GARDNER__
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2      Date Rcvd: Oct 02, 2008
Case: 05-54911                 Form ID: pdf002              Total Served: 44

The following entities were served by first class mail on Oct 04, 2008.
db         +DiPak C Gheewala,   209 Silverado Street,   Bolingbrook, IL 60490-6523
jdb        +Anita D Gheewala,   209 Silverado Street,   Bolingbrook, IL 60490-6523
aty        +Charles A Johnson,   Charles A  Johnson  P C,   684 W  Boughton Road,
             Bolingbrook, IL 60440-1524
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10244958    American Express,   PO Box 360002,   Ft Lauderdale, FL  33336-0002
10778514    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10244960    Bank of America,   PO Box 1758,   Newark, NJ  07101-1758
10244961    Capital One,   PO Box 60000,   Seattle, WA  98190-6000
10244962   +Chase,   Cardmenber Service,   PO Box 15153,   Wilmington, DE 19886-5153
10742944   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10244963    Chase Mastercard,   PO Box 29016,   Phoenix, AZ  85038-9016
10244964    Chrysler Financial,   PO Box 2993,   Milwaukee, WI  53201-2993
10244965    Cingular Wireless,   PO Box 6428,   Carol Stream, IL  60197-6428
10244967   +Citi Cards,   PO Box 15687,   Wilmington, DE  19850-5687
10244966    Citi Cards,   PO Box 688908,   Des Moines, IA  50368-8908
10849784    Citibank (South Dakota) N.A,   Citibank/Choice,   Exception Payment Processing,   POB 6305,
             The Lakes, NV 88901-6305
10849787   +Citibank (USA) NA,   POB 182149,   Columbus, OH 43218-2149
10726735   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover Bank/Discover Financial Services,   POB 8003,
             Hilliard, OH  43026)
10244968   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover Card,   PO Box 30395,   Salt Lake City, UT  84130-0395)
10244969   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover Financial Services,   PO Box 15255,
             Wilmington, DE  19886-5255)
10486495   +DaimlerChrysler Services North America,   c/o Riezman Berger PC,   7700 Bonhomme Ave 7th fl,
             St. Louis, MO 63105-1960
10244970   +Dr. S. Guillermo Philipps,SC,   Dept 77-9479,   Chicago, IL 60678-0001
10244971    First Premiere Bank,   PO Box 5147,   Sioux Falls, SD  57117-5147
10244972    First USA BANK,   PO BOX 15298,   Wilmington, DE  19850-5298
10244975    HSBC Mortgage Corporation(USA),   PO Box 4552,   Suite 0241,   Buffalo, NY  14270-0241
10244974   +Holmam Chiropractic LTD,   82 W. 63rd Street,   Willowbrook, IL 60527-2982
10849744   +Kamal Dutt,   11 Deer Path Trail,   Burr Ridge, IL 60527-6323
10244976   +LNNV Funding LLC,   15 South Main Street,   Suite 500,   Greenville, SC 29601-2769
10244978    MBNA America,   PO Box 15137,   Wilmington, DE  19886-5137
10244977    MBNA America,   PO Box 15286,   Wilmington, DE  19886-5286
10607976    MBNA America (Delaware) NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
10851379   +MBNA America Bank NA,   Mailstop DE5-014-02-03,   POB 15168,   Wilmington, DE 19850-5168
10244979    Midland Credit Management Inc,   Department 8870,   Los Angeles, CA  90084-8870
10892061   +Midland Credit Management Inc,   8875 Aero Drive Sutie 200,   San Diego, California 92123-2251
10244981    NCO Financial Systems,   PO Box 41457,   Philadelphia, PA  19101-1457
10244980    National City,   PO Box 856176,   Louisville, KY  40285-6176
10244983    Sears Gold Mastercard,   PO Box 182156,   Columbus, Ohio  43218-2156
10244984   +TCF National Bank,   101 East 5th Street,   Suite 101,   St. Paul, MN 55101-1898
The following entities were served by electronic transmission on Oct 03, 2008.
10244959    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                              Asset Acceptance LLC,
             PO Box 2036,   Warren, MI  48090-2036
10877909   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 03 2008 06:29:53
             B-Line, LLC/Cingular Wireless LLC,   Mail Stop 550,   2101 Fourth Ave., Suite 1030,
             Seattle, WA 98121-2317
10244973    E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2008 04:16:54      GE Money Bank,   PO Box 960061,
             Orlando, FL  32896-0061
10790530   +Fax: 732-352-7538 Oct 03 2008 04:05:55      HSBC Mortgage Corp. (USA),   2929 Walden Avenue,
             Depew, NY 14043-2690
10768537    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP/OSI,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
10244982    E-mail/Text: resurgentbknotifications@resurgent.com
             Resurgent Capital Services.,   PO Box 5025,   Sioux Falls, SD  57117-5025
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10729022*  ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover Bank Discover Financial Services,   PO Box 8003,
             Hilliard OH 43026)
                                                                                               TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Oct 02, 2008
Case: 05-54911                 Form ID: pdf002          Total Served: 44
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 04, 2008**                    **Signature:**     *Joseph Speetjens*